# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEBORAH K. CONLEY  
124 BENEDICT DRIVE  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-3082

Case Number: 05-73049

Case filed on: 6/16/2005  
Plan Confirmed on: 9/23/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,077.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 835.00 | 835.00 | 835.00 | 0.00 |
|  | Total Legal | 835.00 | 835.00 | 835.00 | 0.00 |
| 999 | DEBORAH K. CONLEY | 0.00 | 0.00 | 556.12 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 556.12 | 0.00 |
| 001 | BILL DOBSON | 7,200.00 | 7,200.00 | 7,200.00 | 0.00 |
| 002 | WELLS FARGO BANK N.A. | 23,356.84 | 23,356.84 | 23,356.84 | 0.00 |
|  | Total Secured | 30,556.84 | 30,556.84 | 30,556.84 | 0.00 |
| 001 | BILL DOBSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 31,391.84 | 31,391.84 | 31,947.96 | 0.00 |

Total Paid Claimant:　$31,947.96  
Trustee Allowance:　$2,129.04  
Percent Paid Unsecured:　0.00  

　　Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　/s/ Lydia S. Meyer　  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008　　　　By  /s/Heather M. Fagan